McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I St., Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751

**FILED**

JUL 1 0 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. No. 07-MJ-0209 KJM |
| Plaintiff, ) | |
| v. ) | ORDER UNSEALING CRIMINAL COMPLAINT AND AFFIDAVIT IN SUPPORT OF THE CRIMINAL COMPLAINT |
| CARLOS MARTINEZ, Jr., ) | |
| Defendant. ) | |

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the criminal complaint and Affidavit in support of the criminal complaint in the above-captioned matter be, and is, hereby ordered UNSEALED.

DATED: July 10, 2007

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE