```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2
   JEFFREY L. STANIELS, Bar #91413
3  Assistant Federal Defender
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  CARLOS MARTINEZ, JR.
```

7                      IN THE UNITED STATES DISTRICT COURT

8                    FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,      )  No. 2:07-cr-0318 LKK
                               )
            Plaintiff,         )
                               )  ORDER EXCLUDING TIME
     v.                        )
                               )  Judge:  Hon. Lawrence K. Karlton
CARLOS MARTINEZ, JR.           )            (In Chambers)
                               )
            Defendants.        )
_____)
```

Following a status conference on August 14, 2007, the court granted defendant's unopposed request for a continuance until September 11, 2007, at 9:30 a.m., in order to permit review of discovery, and consultation regarding other items of defense preparation, and orally excluded time under the Speedy Trial Act. As was agreed to by the parties, time for trial under the Speedy Trial Act is excluded between August 14, 2007, and September 11, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4.

**IT IS SO ORDERED.**

By the Court,

Dated: August 21, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT