1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2
   JEFFREY L. STANIELS, Bar #91413
3  Assistant Federal Defender
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  CARLOS MARTINEZ, JR.

7                    IN THE UNITED STATES DISTRICT COURT

8                   FOR THE EASTERN DISTRICT OF CALIFORNIA

9
   UNITED STATES OF AMERICA,        )  No. 2:07-cr-0318 LKK
10                                   )
                    Plaintiff,       )
11                                   )  ORDER EXCLUDING TIME
         v.                          )
12                                   )  Judge:  Hon. Lawrence K. Karlton
   CARLOS MARTINEZ, JR.              )              (In Chambers)
13                                   )
                    Defendants.      )
14  _____ )

15          Following a status conference on September 11, 2007, the

16  court granted defendant's unopposed request for a continuance until

17  September 25, 2007, at 9:30 a.m., for further defense preparation and

18  consultation. As was agreed to by the parties, time for trial under the

19  Speedy Trial Act is excluded between September 11, 2007, and September

20  25, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code

21  T-4.

22          **IT IS SO ORDERED.**

23
                        By the Court,
24

25  Dated: September 12, 2007
26

27                                  LAWRENCE K. KARLTON
                                    SENIOR JUDGE
28                                  UNITED STATES DISTRICT COURT