```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2
    JEFFREY L. STANIELS, Bar #91413
 3  Assistant Federal Defender
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  CARLOS MARTINEZ, JR.
```

7                IN THE UNITED STATES DISTRICT COURT

8                FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:07-cr-0318 LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER EXCLUDING TIME |
| v. | ) | |
| | ) | Judge:  Hon. Lawrence K. Karlton |
| CARLOS MARTINEZ, JR. | ) |         (In Chambers) |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Following a status conference on September 25, 2007, the court granted defendant's unopposed request for a continuance until October 10, 2007, at 9:30 a.m., for further defense preparation and consultation. As was agreed to by the parties, time for trial under the Speedy Trial Act is excluded between September 25, 2007, and October 10, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4.

**IT IS SO ORDERED.**

By the Court,

Dated: September 27, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT