1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2
   JEFFREY L. STANIELS, Bar #91413
3  Assistant Federal Defender
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  CARLOS MARTINEZ, JR.

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9
   UNITED STATES OF AMERICA,      )  No. 2:07-cr-0318 LKK
10                                 )
                  Plaintiff,       )
11                                 )  ORDER EXCLUDING TIME
        v.                         )
12                                 )  Judge:  Hon. Lawrence K. Karlton
   CARLOS MARTINEZ, JR.            )              (In Chambers)
13                                 )
                  Defendants.      )
14  _____ )

15           Following a status conference on October 10, 2007, the court

16  granted defendant's unopposed request for a continuance until November

17  6, 2007, at 9:30 a.m., for further defense preparation and

18  consultation. As was agreed to by the parties, time for trial under the

19  Speedy Trial Act is excluded between October 10, 2007, and November 6,

20  2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4.

21       **IT IS SO ORDERED.**

22
                                        By the Court,
23

24
   Dated: October 15, 2007
25

26

27                                  _____
                                    LAWRENCE K. KARLTON
28                                  SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT