1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2
   JEFFREY L. STANIELS, Bar #91413
3  Assistant Federal Defender
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  CARLOS MARTINEZ, JR.

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9
   UNITED STATES OF AMERICA,    )  No. 2:07-cr-0318 LKK
10                              )
                  Plaintiff,    )
11                              )  ORDER EXCLUDING TIME
        v.                      )
12                              )  Judge:  Hon. Lawrence K. Karlton
   CARLOS MARTINEZ, JR.         )              (In Chambers)
13                              )
                  Defendants.   )
14 _____ )

15         Following a status conference on November 15, 2007, the court

16 granted defendant's unopposed request for a continuance until December

17 4, 2007, at 9:30 a.m., for further defense preparation and

18 consultation. As was agreed to by the parties, time for trial under the

19 Speedy Trial Act is excluded between November 15, 2007, and December 4,

20 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4.

21     **IT IS SO ORDERED.**

22
                                    By the Court,
23

24
   Dated: November 29, 2007
25

26                            _____
                              LAWRENCE K. KARLTON
27                            SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
28