```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2
    JEFFREY L. STANIELS, Bar #91413
 3  Assistant Federal Defender
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  CARLOS MARTINEZ, JR.

 7

 8                   IN THE UNITED STATES DISTRICT COURT

 9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )  No. 2:07-cr-0318 LKK
                                 )
12              Plaintiff,       )
                                 )  STIPULATION AND ORDER CONTINUING
13       v.                      )  CASE AND EXCLUDING TIME
                                 )
14  CARLOS MARTINEZ, JR.         )  Date:  December 4, 2007
                                 )  Time:  9:30 a.m.
15              Defendants.      )  Judge: Hon. Lawrence K. Karlton
    _____ )
16
```

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jason Hitt, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant CARLOS MARTINEZ, JR., that the status conference scheduled for December 4, 2007, be vacated, and the matter continued to this court's criminal calendar on January 8, 2008, for status conference.

This continuance is requested by the defense in order to permit further discussion with the government and consultation with Mr. Martinez concerning terms of a recommended disposition of the case. This request is submitted tardily due to the involvement of both counsel in giving closing arguments in an extended trial before Judge Shubb.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded between December 4, 2007, and January 8, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4.

**IT IS SO STIPULATED.**

Dated: December 3, 2007         /S/ Jason Hitt
                                Jason Hitt
                                Assistant United States Attorney
                                Attorney for Plaintiff


Dated: December 3, 2007         /S/ Jeffrey L. Staniels
                                Jeffrey L. Staniels
                                Assistant Federal Defender
                                Attorney for Defendant

**IT IS SO ORDERED.**

By the Court,

Dated: December 3, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT