```
DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CARLOS MARTINEZ, JR.
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:07-cr-0318 LKK |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING CASE AND EXCLUDING TIME |
| CARLOS MARTINEZ, JR. | Date:  January 8, 2007 |
| | Time:  9:30 a.m. |
| Defendants. | Judge: Hon. Lawrence K. Karlton |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jason Hitt, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant CARLOS MARTINEZ, JR., that the status conference scheduled for January 8, 2008, be vacated, and the matter continued to this court's criminal calendar on January 23, 2008, for status conference.

This continuance is requested by the defense in order to permit further discussion with the government and consultation with Mr. Martinez concerning terms of a recommended disposition of the case.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded between January 8, 2008, and January 23, 2008,

pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4.

**IT IS SO STIPULATED.**

Dated: January 4, 2008                    /S/ Jason Hitt
                                          Jason Hitt
                                          Assistant United States Attorney
                                          Attorney for Plaintiff


Dated: January 4, 2008                    /S/ Jeffrey L. Staniels
                                          Jeffrey L. Staniels
                                          Assistant Federal Defender
                                          Attorney for Defendant

**IT IS SO ORDERED.**

                                          By the Court,


Dated: January 4, 2008



                                          LAWRENCE K. KARLTON
                                          SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT

Stipulation & Order                       2