1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2

3   JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
    801 I Street, 3rd Floor
4   Sacramento, California 95814
    Telephone: (916) 498-5700
5

6   Attorney for Defendant
    CARLOS MARTINEZ, JR.

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,    )  No. 2:07-cr-0318 LKK
                     )
12            Plaintiff,   )
                     )  STIPULATION AND ORDER CONTINUING
13      v.                )  CASE AND EXCLUDING TIME
                     )
14   CARLOS MARTINEZ, JR.       )  Date:  January 23, 2008
                     )  Time:   9:30 a.m.
15           Defendants.  )  Judge:  Hon. Lawrence K. Karlton
    _____) 
16

17

18        **IT IS HEREBY STIPULATED** by and between Assistant United States

19   Attorney Jason Hitt, counsel for Plaintiff, and Assistant Federal

20   Defender Jeffrey L. Staniels, counsel for defendant CARLOS MARTINEZ,

21   JR., that the status conference scheduled for January 23, 2008, be

22   vacated, and the matter continued to this court's criminal calendar on

23   February 12, 2008, for status conference.

24        This continuance is requested by the defense in order to permit

25   further discussion with the government and consultation with Mr.

26   Martinez concerning terms of a recommended disposition of the case.

27        **IT IS FURTHER STIPULATED** that time for trial under the Speedy

28   Trial Act be excluded between January 23, 2008, and February 12, 2008,

1   pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4.

2        **IT IS SO STIPULATED.**

3

4   Dated: January 22, 2008              /S/ Jason Hitt
                                         Jason Hitt
5                                        Assistant United States Attorney
                                         Attorney for Plaintiff
6

7

8   Dated: January 22, 2008              /S/ Jeffrey L. Staniels
                                         Jeffrey L. Staniels
9                                        Assistant Federal Defender
                                         Attorney for Defendant
10

11       **IT IS SO ORDERED.**

12                                       By the Court,

13

14
    Dated: January 22, 2008
15

16

17                                       LAWRENCE K. KARLTON
                                         SENIOR JUDGE
18                                       UNITED STATES DISTRICT COURT

19

20

21

22

23

24

25

26

27

28

Stipulation & Order                  2