```
DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CARLOS MARTINEZ, JR.
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>       Plaintiff, )<br>)<br>   v. )<br>)<br>CARLOS MARTINEZ, JR. )<br>)<br>       Defendants. )<br>_____ ) | No. 2:07-cr-0318 LKK<br><br>STIPULATION AND ORDER CONTINUING<br>CASE AND EXCLUDING TIME<br><br>Date:  February 12, 2008<br>Time:  9:30 a.m.<br>Judge: Hon. Lawrence K. Karlton |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jason Hitt, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant CARLOS MARTINEZ, JR., that the status conference scheduled for February 12, 2008, be vacated, and the matter continued to this court's criminal calendar on March 11, 2008, for status conference.

This continuance is requested by the defense in order to permit further discussion with the government and consultation with Mr. Martinez concerning terms of a recommended disposition of the case. Government counsel's trial schedule has prevented completion of those discussions.

1     **IT IS FURTHER STIPULATED** that time for trial under the Speedy
2 Trial Act be excluded between February 12, 2008, and March 11, 2008,
3 pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4.
4     **IT IS SO STIPULATED.**

6 Dated: February 8, 2008      /S/ Jason Hitt
                                              Jason Hitt
7                                                 Assistant United States Attorney
                                                Attorney for Plaintiff

10 Dated: February 8, 2008      /S/ Jeffrey L. Staniels
                                                Jeffrey L. Staniels
11                                                Assistant Federal Defender
                                               Attorney for Defendant

13     **IT IS SO ORDERED.**

14                                                 By the Court,

16 Dated: February 11, 2008

19                                                 LAWRENCE K. KARLTON
20                                                 SENIOR JUDGE
                                                UNITED STATES DISTRICT COURT