DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CARLOS MARTINEZ, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>            )<br>        Plaintiff,  )<br>            )<br>    v.   )<br>            )<br>CARLOS MARTINEZ, JR.   )<br>            )<br>        Defendants.  )<br>_____  ) | No. 2:07-cr-0318 LKK<br><br>ORDER EXCLUDING TIME<br><br>Judge:  Hon. Lawrence K. Karlton<br>       (In Chambers) |

       Following a status conference on March 11, 2008, the court granted defendant's unopposed request for a continuance until April 8, 2008, at 9:30 a.m., for further defense preparation and consultation. As was agreed to by the parties, time for trial under the Speedy Trial Act is excluded between March 11, 2008, and April 8, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4.

    **IT IS SO ORDERED.**

                                                  By the Court,

Dated: March 27, 2008

                                          /s/ Lawrence K. Karlton
                                          LAWRENCE K. KARLTON
                                          SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT