1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2
   JEFFREY L. STANIELS, Bar #91413
3  Assistant Federal Defender
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  CARLOS MARTINEZ, JR.

7

8                 IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,       )  No. 2:07-cr-0318 LKK
                                   )
12            Plaintiff,           )
                                   )  STIPULATION AND ORDER CONTINUING
13       v.                        )  CASE AND EXCLUDING TIME
                                   )
14 CARLOS MARTINEZ, JR.            )  Date:  April 29, 2008
                                   )  Time:  9:30 a.m.
15            Defendants.          )  Judge: Hon. Lawrence K. Karlton
   _____ )
16

17
        **IT IS HEREBY STIPULATED** by and between Assistant United States
18
   Attorney Jason Hitt, counsel for Plaintiff, and Assistant Federal
19
   Defender Jeffrey L. Staniels, counsel for defendant CARLOS MARTINEZ,
20
   JR., that the status conference scheduled for April 29, 2008, be
21
   vacated, and the matter continued to this court's criminal calendar on
22
   May 28, 2008, for status conference.
23
        This continuance is requested by the defense in order to permit
24
   further discussion with the government and consultation with Mr.
25
   Martinez concerning terms of a recommended disposition of the case.
26
        **IT IS FURTHER STIPULATED**  that time for trial under the Speedy
27
   Trial Act be excluded between April 29, 2008, and May 28, 2008,
28

1  pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4.
2       **IT IS SO STIPULATED.**
3
4  Dated: April 25, 2008                /S/ Jason Hitt
                                        Jason Hitt
5                                       Assistant United States Attorney
                                        Attorney for Plaintiff
6
7
8  Dated: April 25, 2008                /S/ Jeffrey L. Staniels
                                        Jeffrey L. Staniels
9                                       Assistant Federal Defender
                                        Attorney for Defendant
10
11      **IT IS SO ORDERED.**
12                                      By the Court,
13
14
15 Dated: April 28, 2008
16                                      LAWRENCE K. KARLTON
                                        SENIOR JUDGE
17                                      UNITED STATES DISTRICT COURT
18
19
20
21
22
23
24
25
26
27
28

Stipulation & Order                     2