DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CARLOS MARTINEZ, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | No. 2:07-cr-0318 LKK |
| Plaintiff,       ) | STIPULATION AND ORDER CONTINUING |
| v.       ) | CASE AND EXCLUDING TIME |
| CARLOS MARTINEZ, JR.       ) | Date:  May 28, 2008 |
|        ) | Time:  9:30 a.m. |
| Defendants.       ) | Judge: Hon. Lawrence K. Karlton |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jason Hitt, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant CARLOS MARTINEZ, JR., that the status conference scheduled for May 28, 2008, be vacated, and the matter continued to this court's criminal calendar on June 24, 2008, for status conference.

This continuance is requested by the defense in order to permit further discussion with the government and consultation with Mr. Martinez concerning terms of a recommended disposition of the case.

**IT IS FURTHER STIPULATED**  that time for trial under the Speedy Trial Act be excluded between May 28, 2008, and June 24, 2008, pursuant

to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4.

**IT IS SO STIPULATED.**

Dated: May 23, 2008                         /S/ Jason Hitt
                                            Jason Hitt
                                            Assistant United States Attorney
                                            Attorney for Plaintiff


Dated: May 23, 2008                         /S/ Jeffrey L. Staniels
                                            Jeffrey L. Staniels
                                            Assistant Federal Defender
                                            Attorney for Defendant

**IT IS SO ORDERED.**

                                            By the Court,


Dated: May 27, 2008

                                            LAWRENCE K. KARLTON
                                            SENIOR JUDGE
                                            UNITED STATES DISTRICT COURT

Stipulation & Order                         2