THOMAS A. JOHNSON, #119203
1007 7th Street, Suite 500
Sacramento, California 95814
Telephone: (916) 422-4022
Fax: (916) 442-4262
Attorney for Defendant Carlos Martinez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CARLOS MARTINEZ,<br><br>Defendant | Case No.: CR-S-07-318 LKK<br><br>STIPULATION AND ORDER TO CONTINUE HEARING<br><br>Date:   September 9, 2008<br>Time:   9:15 a.m.<br>Judge:  Hon. Lawrence K. Karlton. |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Status Conference scheduled for September 9, 2008 at 9:15 a.m. be continued to October 7, 2008 at 9:15 a.m.in the same courtroom. Jason Hitt, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, are requesting such continuance in order to negotiate a plea agreement in this matter.

It is further stipulated that Defendant need not appear in Court on September 9, 2008, but must appear on October 7, 2008.

It is further stipulated that the period from the date of this stipulation through and including October 7, 2008, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| DATE:  September 8, 2008 | By: | /s/  Thomas Johnson<br>THOMAS JOHNSON<br>Attorney for Defendant<br>TIMOTHY P. ARTELLAN |
| DATE:  September 8, 2008 | | McGREGOR W. SCOTT<br>United States Attorney |
| | By: | /s/   Jason Hitt<br>JASON HITT<br>Assistant U.S. Attorney |

**IT IS SO ORDERED.**

Dated:  September 8, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT