McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR-S-07-0318 LKK |
| | ) | |
| Plaintiff, | ) | ORDER FOLLOWING STATUS |
| | ) | CONFERENCE EXCLUDING TIME |
| v. | ) | |
| | ) | |
| CARLOS MARTINEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

     This matter came on for a status conference on October 7, 2008, at 9:15 a.m. Assistant United States Attorney Jason Hitt appeared on behalf of the United States of America and appointed counsel Thomas Johnson, Esq., appeared on behalf of defendant Carlos MARTINEZ. The defendant was present in custody.

     Counsel for the defendant indicated that the defendant was charged on August 27, 2008, in a separate criminal case in Sacramento County Superior Court Case No. 08-F-06269. As a result, the parties agreed that the defendant's federal case should be stayed while the defendant faces the separate state criminal matter. The parties further agreed that a control date be set for December 8, 2008, and that the time from October 7, 2008, through December 8, 2008, be excluded under the Speedy Trial Act for "delay resulting

from trial with respect to other charges against the defendant" in Sacramento County Superior Court Case No. 08-F-06269 under 18 U.S.C. § 3161(h)(1)(D) and Local Code C.  The parties further stipulated that the ends of justice are served by the Court excluding such time, and agreed that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial so that counsel for the defendant may have reasonable time necessary for effective defense against the state criminal proceedings, taking into account the exercise of due diligence the in the interests of justice under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.

    Therefore, based upon the representations of the parties at the October 7, 2008 status conference, IT IS HEREBY ORDERED that:

    (1)  A further status conference in this case is set for December 8, 2008, at 1:30 p.m.; and

    (2)  Pursuant to 18 U.S.C. § 3161(h)(1)(D) and Local Code C, the time period from October 7, 2008, up to, and including, December 8, 2008, at 1:30 p.m., is excluded from the time computation required by the Speedy Trial Act based upon delay resulting from trial on other charges against the defendant in Sacramento County Superior Court Case No. 08-F-06269 and the interests of justice are served by granting this continuance and outweigh the best interests of the public and the defendant in a speedy trial under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.

DATED: October 8, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT