THOMAS A. JOHNSON, #119203
400 Capital Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorney for Defendant Carlos Martinez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CARLOS MARTINEZ,<br><br>    Defendant | Case No.: 2:07-CR-00318 LKK<br><br>STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING<br><br>Date: May 12, 2009<br>Time: 9:15 a.m.<br>Judge: Hon. Lawrence K. Karlton |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for April 28, 2009 at 9:15 a.m. be continued to May 12, 2009 at 9:15 a.m.in the same courtroom. Thomas A. Johnson, Defendant's attorney, is requesting such continuance due to the fact that Mr. Johnson will be out of the country on April 28, 2009. Jason Hitt, Assistant United States Attorney, has conferred with Mr. Johnson and agreed to the continuance.

It is further stipulated that the period from the date of this stipulation through and including May 12, 2009, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T2.

**IT IS SO STIPULATED.**

DATE: April 14, 2009                 /s/ Thomas Johnson
                                                   THOMAS JOHNSON
                                                   Attorney for Defendant
                                                   CARLOS MARTINEZ

DATE: April 14, 2009                 LAWRENCE G. BROWN
                                                   United States Attorney

By: /s/ Jason Hitt
JASON HITT
Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated: April 21, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT