THOMAS A. JOHNSON, #119203
400 Capital Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorney for Defendant Carlos Martinez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:07-CR-00318 LKK |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING |
| vs. | |
| CARLOS MARTINEZ, | Date: June 2, 2009<br>Time: 9:15 a.m. |
| Defendant | Judge: Hon. Lawrence K. Karlton |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for April 28, 2009 at 9:15 a.m. be continued to June 2, 2009 at 9:15 a.m.in the same courtroom. Thomas A. Johnson, Defendant's attorney, is requesting such continuance due to the fact that Mr. Johnson is currently engaged in trial in Sacrametno Superior Court, Department 24. Jason Hitt, Assistant United States Attorney, has conferred with Mr. Johnson and agreed to the continuance. Mr. Hitt is out of the Eastern District of California on 5-12-09 and was going to have another Assistant United States Attorney appear. There are no material issues of sentencing to litigate at sentencing.

It is further stipulated that the period from the date of this stipulation through and including June 2, 2009, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T2.

**IT IS SO STIPULATED.**

DATE: May 11 2009                         /s/ Thomas Johnson
                                          THOMAS JOHNSON
                                          Attorney for Defendant
                                          CARLOS MARTINEZ

STIPULATION AND ORDER         - 1 -

| | | |
|---|---|---|
| DATE: April 14, 2009 | | LAWRENCE G. BROWN<br>United States Attorney |
| | By: | /s/   Jason Hitt<br>JASON HITT<br>Assistant U.S. Attorney |

**IT IS SO ORDERED.**

Dated: May 11, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT